AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of New York   ▾

| | |
|---|---|
| Deborah Beall<br><br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>Corning Community College<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   19-CV-6548

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Corning Community College
1 Academic Drive
South Corning, NY 14830

c/o Carl H. Blowers
Chair of Regional Board of Trustees

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stan Matusz, Esq.
29 Murfield Drive
Ithaca, NY 14850

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   7/24/2019   _____

*Signature of Clerk or Deputy Clerk*