# BOND SCHOENECK & KING

350 Linden Oaks, Third Floor | Rochester, NY 14625-2825 | bsk.com

KATHERINE MCCLUNG, ESQ.
kmcclung@bsk.com
P: 585.362.4703
F: 585.362.4773

September 23, 2019

*via Facsimile*

Hon. Michael A. Telesca
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Re:   *Beall v. Corning Community College*, Index No. 6:19-cv-06548-MAT

Dear Judge Telesca:

Our firm represents Defendant in the above-referenced action. I am writing to request a brief extension of Defendant's time to answer to the complaint from September 23, 2019 to September 25, 2019. Plaintiff's counsel has graciously consented to this request.

Thank you for your consideration of this request.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Katherine McClung

KM/jeg

Cc:   Stan Matusz (by e-mail)

IT IS SO ORDERED.

s/ Michael A. Telesca
United States District Judge

Date: 9-23-19

Attorneys At Law | A Professional Limited Liability Company

3423037.1