

# BOND SCHOENECK & KING

350 Linden Oaks, Third Floor | Rochester, NY 14625-2825 | bsk.com

KATHERINE MCCLUNG, ESQ.
kmcclung@bsk.com
P: 585.362.4703
F: 585.362.4773

November 13, 2019

Hon. Mark W. Pedersen
United States District Court
Western District of New York
100 State St.
Rochester, NY 14614

Re: *Deborah Beall v. Corning Community College*
Civil Action No. 19-06548

Dear Magistrate Pedersen:

We represent Defendant Corning Community College in the above-referenced matter. A scheduling conference has been scheduled for November 21 at 4:00 p.m. We are requesting that the conference be rescheduled to November 20 at 11:30 a.m. I have confirmed the date and time with your clerk, and Plaintiff's counsel is also available at that time.

Respectfully,

BOND, SCHOENECK & KING, PLLC

Katherine McClung

KSM/jcg
cc: Stan Matusz, Esq.

**SO ORDERED**

MARK W. PEDERSEN
U.S. Magistrate Judge
DATE Nov. 19, 2019

3454082.1