UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DEBORAH BEALL,

                              Plaintiff,                        **STIPULATION: SELECTION OF MEDIATOR**

     v.

CORNING COMMUNITY COLLEGE,                       Civil Action No.: 6:19-cv-6548

                             Defendant.

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for all parties to this action, that Krista Gottlieb, Esq. has been selected, contacted and has agreed to serve as mediator for this action.

**IT IS FURTHER STIPULATED AND AGREED**, in consultation with the mediator, that the initial mediation session will be held on February 10, 2019 at Bond Schoeneck & King, PLLC, 350 Linden Oaks, Third Floor, Rochester, New York 14625.

**IT IS FURTHER STIPULATED AND AGREED** that the undersigned will participate in the mediation session in good faith and confer with the mediator regarding the scheduling of additional conference(s), bearing in mind the deadline for completion of ADR set forth in the Court's Scheduling Order.

Dated:  December 13, 2019

STANLEY J. MATUSZ                             BOND, SCHOENECK & KING PLLC

  /s/ Stanley J. Matusz                                /s/ Katherine McClung
Stanley J. Matusz, Esq.                               Katherine S. McClung. Esq.
29 Murfield Drive                                         Bond, Schoeneck & King, PLLC
Ithaca, New York 14850                             350 Linden Oaks, Third Floor
Telephone:  585-730-0564                           Rochester, New York 14625
                                                             Telephone:  (585) 362-4703
*Attorneys for Plaintiff*                                  Facsimile:  (585) 362-4773

                                                            *Attorneys for Defendant*

3468062.1