Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| DEBORAH BEALL, | JUDGMENT IN A CIVIL CASE |
| | CASE NUMBER: 19-CV-6548 |
| v. | |
| Plaintiff, | |
| CORNING COMMUNITY COLLEGE, | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to Rule 68 of the Federal Rules of Civil Procedure judgment is entered against Defendant and in favor of the Plaintiff in the amount of $10,000.00.

| | |
|---|---|
| Date: February 9, 2024 | MARY C. LOEWENGUTH |
| | CLERK OF COURT |
| | |
| | By: s/Rosemarie M. Eby-Collom |
| | Deputy Clerk |