UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DEBORAH BEALL,

            Plaintiff,

v.

CORNING COMMUNITY COLLEGE,

            Defendant.

**STIPULATION OF DISMISSAL**

Civil Action No.
6:19-cv-06548

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that this action is hereby dismissed in its entirety as follows:

1.    Plaintiff's remaining claims (*i.e.*, her claims under the New York Labor Law, Title VII of the Civil Rights Act of 1964, and New York Human Rights Law) are dismissed with prejudice and without fees or costs to any party.

Dated: Feb. 9, 2024

STANLEY MATUSZ ESQ.

_____
Stanley Matusz, Esq.
29 Murfield Drive
Ithaca, New York 14850
Telephone: (585) 730-0564
*Attorneys for Plaintiff*

BOND, SCHOENECK & KING, PLLC

_____
Katherine McClung, Esq.
350 Linden Oaks, Third Floor
Rochester, New York 14625
Telephone: (585) 362-4700
*Attorneys for Defendant*